# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL E. PENNI,

        Plaintiff,         Case No. 05-C-06

        v.

HOWARD W. SCHLEI and
LINDA S. DUESTER,

        Defendants.

## OPINION AND ORDER

        The court has been notified that Howard Schlei, one of the two Defendants in this case, has filed for bankruptcy protection. Therefore, the court ORDERS that all proceedings against Defendant Schlei are stayed.

        IT IS FURTHER ORDERED that, within seven days of the date of this Order, the parties shall send the court a report on the status of the claims against Defendant Linda Duester.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this _____ day of _____, 2005.

        _____
        Thomas J. Curran
        United States District Judge