# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL E. PENNI,

        Plaintiff,            Case No. 05-C-06

        v.

HOWARD W. SCHLEI and
LINDA S. DUESTER,

        Defendants.

## OPINION AND ORDER

        The parties to this action did not comply with the court's Order of June 13, 2005, by sending the court a report on the status of the claims against Defendant Linda Duester. Therefore, with Duester in default and because the second Defendant, Howard Schlei, has notified the court that he has filed for bankruptcy protection, the court ORDERS that the Clerk of Court shall submit a JS-6 Form to the Administrative Office of the United States Courts thereby closing this case for administrative purposes.

        IT IS FURTHER ORDERED that nothing in this Order shall be considered a dismissal or disposition of this matter and that any party may reopen the case at any time by advising the court and opposing counsel that the party is ready to proceed with t he case and that the automatic stay under the bankruptcy laws is no longer in effect.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 12th day of July, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge